

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:       Darrell J. Harper v. State of Texas

Appellate case number:    01-18-00030-CV

Date Motion Filed:       April 30, 2018

Party Filing Motion:      Appellant, Darrell J. Harper


It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ Sherry Radack

           ☐ Acting individually    ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Massengale and Brown.

Date: June 5, 2018